## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| The Choctaw Nation of Oklahoma, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:25-cv-1455 |
| Choctawlandingcasino.com, | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT

1. Plaintiff The Choctaw Nation of Oklahoma ("Plaintiff" or "Choctaw Nation"), by and through counsel, brings this action against Defendant Internet domain name, <choctawlandingcasino.com> ("Defendant" or "Domain Name"), seeking damages and a preliminary injunction. In support of its claims, Plaintiff states as follows:

## NATURE OF THE SUIT

2. This is an *in rem* action for cybersquatting under the Federal Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d), against the Internet domain name choctawlandingcasino.com. This Domain Name is confusingly similar to the Choctaw Nation's invaluable rights in its distinctive trademarks, namely, CHOCTAW, CHOCTAW CASINO, and CHOCTAW LANDING, which have been deliberately infringed through the bad faith registration and use of the Domain Name, which is confusingly similar to Plaintiff's trademarks. The registrant of the Domain Name, an unknown third party, is using the Domain Name in a bad faith attempt to masquerade as the Choctaw Nation and defraud its members, customers, and the public at large.

1

## PARTIES

3.     Plaintiff, The Choctaw Nation of Oklahoma, is a federally recognized Native American tribal nation with an Indian reservation encompassing portions of Southeastern Oklahoma in the United States, having a principal business address of 1802 Chukka Hina Drive, Durant, Oklahoma 74701.

4.     The Defendant, choctawlandingcasino.com, is an Internet domain name registered in the WHOIS database of domain name registrations by "Domains By Proxy, LLC," with a registration date of February 18, 2024. A copy of the domain name registration record for choctawlandingcasino.com is attached as **Exhibit 1**.

5.     Upon information and belief, "Domains By Proxy, LLC" provides a service that replaces a domain name owner's contact information with "Domains By Proxy, LLC" as the domain name registrant and thereby conceals the identity of the true owner(s) of the domain name.

6.     The Domain Name has, therefore, been registered by an unknown third party through a privacy service and is being used as the address for a website accessible under the Domain Name that, by its own name, purports to be affiliated with the Choctaw Nation and its Choctaw Landing resort and casino. Indeed, the website accessible at the Domain Name references the Choctaw name and trademark eleven times on the website's homepage. Upon information and belief, the registrant is using the Domain Name to divert the Choctaw Nation's customers to third-party bogus websites using (i) a Latvian (.lv) top-level domain (*i.e.*, bovada.lv), and/or (ii) a European Union (.eu) top-level domain (*i.e.*, lincolncasino.eu), to harvest data and/or induce personal information and/or credit card and other financial information from the Choctaw Nation's members, customers, and the general public for the registrant's financial gain.

## JURISDICTION AND VENUE

7. This is a civil action for federal cybersquatting in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) ("ACPA"). Pursuant to the terms of that statute, the owner of a trademark may file an *in rem* civil action against a domain name in the judicial district in which the domain name registry is located if: (a) the domain name violates any right of the owner of a trademark; and (b) the court finds that the owner is not able to obtain in personam jurisdiction over a person who would have been a defendant in a civil action.

8. VeriSign, Inc. ("VeriSign") is the registry for all domain names in the ".com" top-level domain, and VeriSign's principal place of business is located in this judicial district at 12061 Bluemont Way, Reston, Virginia 20190. *See* **Exhibit 2**, which is a true and correct copy of a screen print from a Google websearch confirming the corporate address of VeriSign.

9. The Choctaw Nation has been unable to identify the registrant of the Domain Name or its location because the Domain Name is registered through a privacy service. For reasons discussed more fully below, the registrant of the Domain Name is, on information and belief, located outside the United States, and no court may exercise *in personam* jurisdiction over the registrant. Accordingly, this Court may properly exercise *in rem* jurisdiction over the aforementioned Domain Name pursuant to 15 U.S.C. § 1125(d)(2)(A).

10. This Court has original jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1337, and 1338 because this case arises under the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq*.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

12. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(II)(aa), the Choctaw Nation has given notice of the violations of its trademark rights and the impending filing of this action to who it

believes may be the domain name registrant at the e-mail addresses listed at bovada.lv, the website to which visitors to the website accessible at the choctawlandingcasino.com are redirected upon interacting with the website. The Choctaw Nation has also requested the registrant's contact information from GoDaddy.com, Inc. ("GoDaddy") and has submitted a trademark claim via GoDaddy's online IP Claims portal. *See* **Exhibit 3**, a true and correct copy of the cease-and-desist letter sent to the email addresses listed at bovada.lv; **Exhibit 4**, a true and correct copy of the request submitted to GoDaddy for the registrant's information; and **Exhibit 5**, a true and correct copy of the trademark claim submitted to GoDaddy.

## CHOCTAW NATION AND ITS RIGHTS

13. The Choctaw Nation of Oklahoma (Choctaw: *Chahta Okla*) is a federally recognized Native American tribal nation with an Indian reservation encompassing portions of Southeastern Oklahoma in the United States.

14. The Choctaw Nation is one of three federally recognized tribes of the Choctaw people, an Indigenous group traditionally residing in the Southeastern Woodlands. The other two are the Mississippi Band of Choctaw Indians and the Jena Band of Choctaw Indians, both of which are located in the state of Louisiana. The U.S. federal government forcibly relocated the Choctaw Nation of Oklahoma from their Mississippi homelands to Indian Territory, later to become the state of Oklahoma, between 1831 and 1833. A smaller group of Mississippi Choctaw were coerced into migrating to Oklahoma in 1908.

15. The Choctaw Nation is the third-largest tribe in the United States, with more than 225,000 tribal citizens. A total of 233,126 people reside within the boundaries of its reservation, with its tribal jurisdictional area spanning 10,864 square miles, encompassing eight entire counties and parts of five additional counties in Southeastern Oklahoma.

16. The tribe is governed by the Choctaw Nation Constitution, which was ratified by the people on June 9, 1984. The constitution provides for an executive, a legislative, and a judicial branch of government. The Chief of the Choctaw Tribe, elected every four years, is not a voting member of the tribal council. These members are elected from single-member districts for four-year terms. The legislative authority of the tribe is vested in the Tribal Council, which consists of twelve members.

17. The Choctaw Nation's economic impact in 2022 was over $2.51 billion. The Choctaw Nation employs approximately 12,000 people, with 4,200 working in Durant, Oklahoma, making it the city's largest single employer. Wages and benefits expenditures were over $838 million, with total revenues from tribal businesses and governmental entities expected to be $2.45 billion in fiscal year 2023.

18. The Choctaw Nation operates several types of businesses. It has 22 casinos, 20 convenience stores, and 3 Chili's™ franchises in Atoka, Grant, and Poteau, Oklahoma. The Choctaw Nation's diverse portfolio of businesses includes construction, commercial real estate and leasing, business and economic development, tourism, small business development services, government contracting, defense services, agriculture, retail, gaming, hospitality, grocery stores, restaurant franchises, printing, e-commerce, and wildlife management.

19. Choctaw Casinos & Resorts is a chain of seven Native American casinos and hotels located in Oklahoma, owned and operated by the Choctaw Nation of Oklahoma. The Choctaw Casino Resort sits on a 50-acre site, adjacent to the former Choctaw Casino Bingo. The Choctaw Casino Resort and Choctaw Casino Bingo complex is a major tourist destination for Durant, the State of Oklahoma, North Texas, including the Dallas–Fort Worth metroplex, Arkansas, Louisiana, and Kansas. Some 20,000-25,000 people patronize the facility each week, totaling

around 1.2 million annually. Approximately 75 percent of the casino's customers are from Texas, and the casino is heavily marketed on television, radio, and the internet to residents of the Dallas–Fort Worth metro area.

20. On June 3, 2022, the Choctaw Nation announced the naming and planned opening of Choctaw Landing Resort & Casino in Hochatown, Oklahoma. A true and correct copy of the official press release from the Choctaw Nation is attached hereto as **Exhibit 6.** Hochatown is a major tourist destination in Southeastern Oklahoma, attracting travelers from Texas, Louisiana, and Arkansas. It draws more than 30,000 visitors each weekend, underscoring its popularity as a regional tourism hotspot.

21. On April 3, 2024, the Choctaw Landing Resort & Casino first opened to the public, with its official grand opening held on May 23, 2024. A true and correct copy of official press coverage regarding the opening of Choctaw Landing Resort & Casino is attached hereto as **Exhibit 7**. The Choctaw Nation has invested approximately $238 million into the development and branding of the Choctaw Landing Resort & Casino. As a result, since opening, Choctaw Landing has welcomed more than 500,000 visitors coming from nearly every state in the country.

22. Starting about June 3, 2022, and continuing uninterrupted thereafter, the Choctaw Nation has used the **CHOCTAW LANDING** mark to actively promote and market its luxury resort and casino of the same name. A true and correct copy of the Choctaw Nation's Choctaw Landing website accessible at choctawlanding.com is attached hereto as **Exhibit 8**. Given this uninterrupted use of the CHOCTAW LANDING mark in commerce, the Choctaw Nation has obtained significant and valuable common law trademark rights, protectable under the Lanham Act, 15 U.S. Code § 1125(a).

23. On July 6, 2004, the **CHOCTAW CASINO** mark registered on the Principal Trademark Register of the U.S. Patent and Trademark Office ("USPTO") under U.S. Registration No. 2,860,432, for use in connection with "**casino services**" in International Class 41. True and correct copies of current registration information for the CHOCTAW CASINO mark printed from the Trademark Status & Document Retrieval system ("TSDR") of the USPTO are attached as **Exhibit 9**.

24. On February 14, 2023, the **CHOCTAW** mark registered on the Principal Trademark Register of the USPTO under U.S. Registration No. 6,980,239, for use in connection with "Downloadable game software" in International Class 9 and "Amusement arcade services; Arranging and conducting of concerts; Bowling alleys; **Casinos**; Entertainment services in the nature of comedy shows; Entertainment, namely, live music concerts; Health clubs for physical exercise; Movie theaters; **Entertainment services, namely, casino gaming**" in International Class 41, among other goods and services. True and correct copies of the current registration information for the CHOCTAW mark, printed from TSDR, are attached as **Exhibit 10**.

25. The foregoing trademark registrations are valid and subsisting in law, were duly and legally issued, are *prima facie* evidence of the validity of the marks registered, and constitute constructive notice of the Choctaw Nation's ownership of such trademarks in accordance with Sections 7(b) and 22 of the Trademark Act of 1946, 15 U.S.C. §§ 1057(b) and 1072.

26. The registration of the CHOCTAW CASINO mark is incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065, and pursuant to Section 33(b) of the Act, 15 U.S.C. § 1115(b), constitutes conclusive evidence of the Choctaw Nation's exclusive right to use the CHOCTAW CASINO mark in commerce in the United States.

27. Collectively, the CHOCTAW, CHOCTAW CASINO, and CHOCTAW LANDING marks (the "Trademarks" or the "Choctaw Nation's Trademarks") have acquired substantial and protectable goodwill and value distinguishing the Choctaw Nation's casino and other commercial and tribal services from those of competitors in the marketplace. By virtue of the Choctaw Nation's longstanding, continuous, and exclusive use of the Trademarks in interstate commerce, the Choctaw Nation owns valid and enforceable trademark rights in and to each of the Trademarks and is the exclusive owner of all right, title, and interest in and to the Trademarks.

28. Through promotion of the Choctaw Nation's casinos and other business ventures, the Trademarks have acquired distinctiveness and were famous and/or distinctive prior to the time of registration of the Domain Name, *i.e.*, February 18, 2024. Attached hereto as **Exhibit 11** are true and correct copies of awards and media recognition received by Choctaw Casino, including: a 2023 nomination for Venue of the Year by the Country Music Association Touring Awards; the 2022 and 2023 Best of Slots Oklahoma Awards; 2023 Gold Recognition as the Best Destination Casino & Resort in the Dallas Morning News; USA Today's 2023 Readers' Choice Awards recognizing Choctaw Casino as the No. 8 Best Casino Outside of Las Vegas and the No. 6 Best Rewards Club; 2021-2023 World Poker Tour events; and 2022 World Series of Poker event.

29. Consumers have come to distinguish and recognize the legitimacy of the Choctaw Nation's services, and especially its casino and gaming services, because of the use and widespread promotion of the Trademarks. The Trademarks, in addition to federal rights accorded to federal registration, have also acquired certain common law trademark rights.

30. The Choctaw Nation's federal registration for the CHOCTAW and CHOCTAW CASINO marks is *prima facie* evidence of the validity of these marks, of the Choctaw Nation's

ownership of these marks, and of the Choctaw Nation's exclusive right to use the marks in U.S. commerce.

## UNLAWFUL USE OF THE TRADEMARK

31. The Choctaw Nation has undertaken significant efforts to protect consumers, particularly its members, from fraud and theft of personal information by, among other measures, defensively registering domain names associated with its Trademarks and other tribal and business brands.

32. On or about February 18, 2024, an unknown third party registered the Domain Name (*i.e.*, choctawlandingcasino.com) through the domain name registrar GoDaddy. The registrant is currently using the Domain Name to host a website that is designed to appear to be affiliated or otherwise associated with the Choctaw Nation's official website for the Choctaw Landing resort and casino.

33. Because the Domain Name incorporates the CHOCTAW, CHOCTAW CASINO, and CHOCTAW LANDING trademarks as part and parcel of the Domain Name, upon information and belief, it is apparent that the domain name registrant was targeting the Choctaw Nation with its registration of the Domain Name.

34. Upon information and belief, the Domain Name represents an attempt by the registrant to engage in cybersquatting in an effort to confuse consumers into engaging in online casino gambling using a domain name that is nearly identical to the Plaintiff's domain name for its Choctaw Landing Resort & Casino (choctawlanding.com). Furthermore, the Domain Name is confusingly similar to the Choctaw Nation's trademark rights and is intended to deceive consumers, including tribal residents, into providing personally identifiable information, such as

credit card details, and thereafter engaging in risky and unregulated online casino gambling through the choctawlandingcasino.com domain.

35. Upon information and belief, the Defendant's domain name was registered to attract Internet visitors who believed they were visiting a site owned by the Choctaw Nation and affiliated with its Choctaw Landing Resort & Casino. Given their mistaken belief of the site's affiliation with the Choctaw Nation's actual Choctaw Landing Resort & Casino, these visitors would be expected to provide personally identifying information, credit card information, and, once their credit card details were approved, participate in online casino games.

36. The use of the Choctaw Nation's Trademarks as part of and within the Domain Name is without authorization from the Choctaw Nation.

37. The identity and location of the registrant are unknown because the registrant registered the Domain Name through a privacy service, "Domains By Proxy, LLC." Registration through this service masks the identity and location of the registrant. *See* Exhibit 1.

38. Upon information and belief, the Domain Name does not and cannot reflect the legal name of the registrant because of its registration through "Domains By Proxy, LLC."

39. Upon visiting the choctawlandingcasino.com website, the user is provided with a website that prominently displays the CHOCTAW LANDING CASINO mark and links to online gaming and casino-like games. A true and correct printout of the website at the Domain Name is attached as **Exhibit 12**. In particular, the following screenshot shows information provided on the choctawlandingcasino.com website, intimating that it is indeed affiliated with the Choctaw Nation's Choctaw Landing Resort & Casino—*i.e.*, "... offers guests plenty of reasons to return to its Hochatown location time and again."



*Id.*

40. If a visitor to the website accessible at the Domain Name elects to click on the "PLAY NOW" orange button (shown above), attempt to play a casino or gambling game, or otherwise click on any of the images of game play provided on the website, the user is automatically and immediately redirected to a second website accessible under the Latvian top level domain name (bovada.lv), which claims in a footer that "Bovada.lv is licensed and regulated by the Union of the Comoros and the Central Reserve Authority of Western Sahara." A true and correct printout of the website that appears at the bovada.lv domain name is attached as **Exhibit 13**. A screenshot of a portion of the page, as it appears when a user clicks the "PLAY NOW" button, is provided below.



41. No further contact or identifying information is provided on the website accessible under the bovada.lv domain name; however, contact information was identified in a December 17, 2024, European Union trademark registration for the mark BOVADA for "education, entertainment and sports services" via the World Intellectual Property Organization's (WIPO) Global Brand Database. A true and correct printout of the WIPO Global Brand Database record is attached as **Exhibit 14**. Additional contact information for Bovada was found in an October 2024 cease-and-desist letter sent by the Massachusetts Attorney General's Office, which was attached as an exhibit to a class-action lawsuit filed against Bovada, claiming it offers illegal offshore betting operations. A true and correct printout of the Massachusetts AG's cease-and-desist letter is attached as **Exhibit 15**. Plaintiff received an acknowledgment from bovada.lv confirming receipt

12

of the Choctaw Nation's cease-and-desist letter two minutes after it was sent. No other communications have been received from bovada.lv since this initial acknowledgment.

42. Upon redirection to the website accessible under the bovada.lv domain name, the user is presented with a subpage of the website (shown above) that requests personal identifying information of the user (*e.g.*, name, date of birth, mobile phone number, email, password, zip code, and a certification by the user that they are of legal gambling age in their jurisdiction).

43. At or about 6:30 p.m. CDT on Monday, September 1, 2025, the "Play Now" button was updated to redirect to a new website, lincolncasino.eu. No physical address is listed on the lincolncasino.eu website. The only contact information is the email addresses of support@lincolncasino.com and support@lincolncasino.eu. A true and correct printout of the website that appears at the lincolncasino.eu domain name is attached as **Exhibit 16**. The lincolncasino.com website also offers online gaming services. As of 7:30 p.m. CDT on Monday, September 1, 2025, the login link displayed in the header of the choctawlandingcasino.com website still redirects to bovada.lv.

44. Upon information and belief, it appears that the registrant is fraudulently and in bad faith attempting to unfairly trade upon the Choctaw Nation's Trademarks and goodwill therein by inducing users to visit the website that is accessible at the Domain Name and, thereafter, be redirected to gambling websites at bovada.lv or lincolncasino.eu for purposes of obtaining personally identifiable information and financial information (*e.g.*, credit card information) for the purpose of engaging in online gaming and/or gambling.

45. Upon information and belief, the registrant of the Domain Name has not engaged in *bona fide* noncommercial or fair use of the Choctaw Nation's Trademarks at the website accessible under the choctawlandingcasino.com Domain Name, as the visitors to this site are

redirected to the bovada.lv or lincolncasino.eu gambling websites upon clicking on different links or tabs within the choctawlandingcasino.com website, such as the PLAY NOW button or the login link, or on an image of game play found on the website accessible at the Domain Name.

46. The website accessible at the Domain Name will likely be confused with the Choctaw Nation's legitimate online presence for the Choctaw Landing Resort & Casino, located at choctawlanding.com, as well as another casino owned by the Choctaw Nation—*i.e.*, the Choctaw Casino and Resort, located at choctawcasinos.com. The registrant's addition of the merely descriptive term "casino" to the end of the Choctaw Nation's legitimate domain name for its Choctaw Landing Resort & Casino is a violation of the Choctaw Nation's rights under the ACPA.

47. Upon information and belief, the registrant(s) of the Domain Name registered the domain name with the intent to divert consumers away from the Choctaw Nation's online location choctawlanding.com, for commercial gain, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the Domain Name and the sites displayed through use of the Domain Name. It is demonstrably true that Internet users are visiting the Domain Name. Attached hereto as **Exhibit 17** is a Domain Overview Report run on September 1, 2025, that summarizes and reports on research the service conducted on the Organic Search Traffic directed to the Domain Name—including Google keywords that Internet users are searching for and where the Domain Name is showing in the search results. A portion of the Domain Overview Report, reproduced below, shows that the Domain Name is being returned as a search result for the following keywords or search phrases: "choctaw landing casino and resort," "choctaw landing casino," "choctaw landing," "choctaw landing hochatown," and "hochatown choctaw landing."

Under "Volume," the number of times the Domain Name has been provided in response to the keywords is shown.

**Organic Search: Top Keywords (8)**
US | Domain | choctawlandingcasino.com

| Keyword | Pos | Volume | Traffic |
|---|---|---|---|
| choctaw landing casino and resort | 60 | 30 | 0.00% |
| choctaw landing casino | 75 | 880 | 0.00% |
| chactaw landing | 77 | 40 | 0.00% |
| choctaw landing hochatown | 74 | 1,300 | 0.00% |
| hochatown choctaw landing | 72 | 90 | 0.00% |

48. Upon information and belief, the registrant of the Domain Name provided material and misleading false contact information when applying for and maintaining the registration of the Domain Name, in that "Domains By Proxy, LLC" is identified as the registrant of the Domain Name but is not the true owner of the domain name.

49. The Choctaw Nation sent a cease-and-desist letter to the contact information provided via the bovada.lv website, requesting that the Domain Name be disabled and transferred to the Choctaw Nation. The Choctaw Nation has also requested the registrant's contact information from GoDaddy and has submitted a trademark claim via GoDaddy's online IP Claims portal. *See* Exhibit 3, a copy of the cease-and-desist letter sent to the email addresses listed at www.bovada.lv; Exhibit 4, a copy of the request submitted to GoDaddy for the registrant's information; and Exhibit 5, a copy of the trademark claim submitted to GoDaddy.

50. The Choctaw Nation has received no response to its correspondence from the true owner(s) of the Domain Name, nor any response to its cease-and-desist letter.

51. Upon information and belief, the Domain Name registrant is using the Domain Name for one or more of the following illegal purposes: (a) to harvest and sell personally

identifiable information and/or financial information regarding the Choctaw Nation's members, customers, and the public at large; (b) to obtain personally identifiable information and/or financial information regarding the Choctaw Nation's members, customers, and the public at large so that the registrant can fraudulently induce these individuals into making payments for the purposes of gambling which may be illegal or otherwise prohibited in the individual's jurisdiction; and (c) to induce these individuals into purchasing or otherwise providing financial information for the purpose of gambling, which may or may not actually be available to the individuals through the website(s) accessible at the Domain Name, thereby causing the individuals to gamble or otherwise use money or other financial resources for the purpose of gambling that may be unregulated or otherwise inconsistent with sound casino practices. All of these purposes can and likely are tarnishing the goodwill and reputation of the Choctaw Nation as represented and embodied by the Trademarks.

52. The Choctaw Nation is concurrently filing a motion for leave to take expedited discovery to serve discovery on the registrar to obtain the true name and identity of the registrant of the Domain Name. The Choctaw Nation anticipates that this discovery will yield the identity and location of the Domain Name registrant. As part of its request to take expedited discovery, the Choctaw Nation intends to determine whether and what other domain names the registrant owns or otherwise controls that incorporate the Trademarks and/or use one or more words or phrases confusingly similar to the Trademarks.

53. The Choctaw Nation has never licensed or permitted the registrant to register the Domain Name.

**CLAIM FOR RELIEF**

Count I: Violation of the Federal
Anti-Cybersquatting Consumer Protection Act

54. The Choctaw Nation repeats and re-alleges each and every allegation set forth in the foregoing paragraphs 1—53, as though fully set forth herein.

55. The registrant has registered, trafficked in, and used in interstate commerce the Domain Name without authorization from the Choctaw Nation and with the bad faith intent of profiting off the Trademarks by misleading or deceiving the public into believing that the website accessible at the Domain Name is the official Choctaw Nation website for its Choctaw Landing Resort & Casino, or is affiliated or otherwise associated with the Choctaw Nation, for the registrant's financial gain.

56. The Choctaw Nation's registered Trademarks are famous and/or distinctive and were famous and/or distinctive prior to the time of registration of the Domain Name by the registrant.

57. The aforesaid acts by the registrant of the Domain Name constitute registration, maintenance, or use of a domain name that is confusingly similar to the Choctaw Nation's Trademarks, with bad faith intent to profit therefrom.

58. The Choctaw Nation has requested that Domains By Proxy, LLC disclose the identities of the true owners of the Domain Name, and Domains By Proxy, LLC has refused to comply with such requests.

59. In light of Domains By Proxy, LLC's concealment of the identities of the true owners of the Domain Name, the Choctaw Nation is not able to obtain *in personam* jurisdiction over the registrant(s) of the Domain Name or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

60. The aforesaid acts by the registrant of the Domain Name constitute unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

61. The aforesaid acts have caused, and are causing, great and irreparable harm to the Choctaw Nation, its tribal members, customers, and the public at large. The harm to the Choctaw Nation includes harm to the value and goodwill associated with the Choctaw Nation's Trademarks that money cannot compensate for. Unless permanently restrained, enjoined, and transferred to the Choctaw Nation by this Court, the registrant's use of the Domain Name will lead to the continuance of this irreparable harm. Thus, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), the Choctaw Nation is entitled to an order transferring the Domain Name registration to the Choctaw Nation as it has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, by virtue of the unlawful conduct alleged herein, the Choctaw Nation respectfully prays that:

1. The Court enter judgment that the Choctaw Nation owns valid and enforceable rights in the **CHOCTAW**, **CHOCTAW CASINO**, and **CHOCTAW LANDING** marks; that the federal registrations for the Choctaw Nation Trademarks are valid and enforceable and that the Choctaw Nation is the owner of all right, title, and interest in and to the registrations thereof; and that registration and use of the Domain Name violates the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

2. The Court issue an order compelling VeriSign to disable the Domain Name and change the registrar of the Domain Name to a registrar of the Choctaw Nation's choosing so that the Domain Name can thereafter be registered by the Choctaw Nation.

3.      The Court issue an order compelling VeriSign, GoDaddy, or any other registrar, that, for any other domain names registered by the registrant of the Domain Name that are confusingly similar to, resemble, or otherwise include the Trademarks, such domain names be transferred to the Choctaw Nation.

4.      The Court order an award of damages, costs, and reasonable attorney's fees incurred by the Choctaw Nation in connection with this action pursuant to 15 U.S.C. § 1117(a); and

5.      The Court order an award to the Choctaw Nation of such other and further relief as the Court may deem just and proper.

Dated: September 2, 2025      By:    /s/ Mark H. Churchill
Mark H. Churchill (VSB No. 42663)
Christian Hecht (VSB No. 98220)
HOLLAND & KNIGHT, LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Tel: 703-720-8600
Fax: 703-720-8610
mark.churchill@hklaw.com
christian.hecht@hklaw.com

*Attorneys for Plaintiff,*
*The Choctaw Nation of Oklahoma*

Of Counsel:

Douglas J, Sorocco
Emily E. Campbell
Hannah C. Edmondson
DUNLAP CODDING, PC
609 W. Sheridan Avenue
Oklahoma City, OK 73102
Tel: 405-607-8600
Fax: 405-607-8686
dsorocco@dunlapcodding.com
ecampbell@dunlapcodding.com
hedmondson@dunlapcodding.c

## VERIFICATION

I, Justin Culp, declare as follows:

1. I am the Senior Director of Corporate Marketing (Gaming) for The Choctaw Nation of Oklahoma.

2. I have read the foregoing Verified Complaint, reviewed the relevant and pertinent business records of the Choctaw Nation of Oklahoma kept in the ordinary course of its business, and have spoken with appropriate employees of the Choctaw Nation of Oklahoma.

3. Based on the foregoing, I verify under penalty of perjury of the laws of the United States of America that the factual allegations contained in the Verified Complaint are true and correct to the best of my knowledge, information, and belief.

Executed on September _2_, 2025.

_____
Justin Culp
Senior Director of Corporate Marketing (Gaming)