IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE CHOCTAW NATION OF OKLAHOMA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | 1:25-cv-1455 (PTG/WBP) |
| ) | |
| CHOCTAWLANDINGCASINO.COM, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Emergency Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (Dkts. 2, 5, 7). It is hereby,

**ORDERED** that the Court will hold a hearing on Plaintiff's Motion for Emergency Temporary Restraining Order (Dkt. 2) and Motion for Expedited Discovery (Dkt. 7) on Friday, September 5, 2025, at 11:00 a.m.

Entered this 3rd day of September, 2025
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge